| | |
|---|---|
| 1 | **MCGUIREWOODS LLP** |
| | E. CHRISTINE HEHIR SBN 201969 |
| 2 | chehir@mcguirewoods.com |
| | 1800 Century Park East, 8th Floor |
| 3 | Los Angeles, CA  90067-1501 |
| | Telephone:  310.315.8200 |
| 4 | Facsimile:  310.315.8210 |
| 5 | Attorneys for Defendant |
| | BANK OF AMERICA, N.A. |

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NASSAR, | Case No. 5:19-cv-00376-SVW-SP |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| v. | Complaint Filed: February 27, 2019 |
| BANK OF AMERICA, N.A., | Honorable Stephen V. Wilson |
| Defendant. | |

**TO THE HONORABLE STEPHEN V. WILSON, UNITED STATES DISTRICT COURT JUDGE:**

Plaintiff SUSAN NASSAR and Defendant BANK OF AMERICA, N.A. (collectively, the "Parties"), hereby notify the Court that the Parties have reached a settlement of the above-captioned matter, subject to the preparation and execution of a formal, long-form settlement agreement, which has been drafted and the Parties are in the process of signing.  The Parties anticipate filing a dismissal within 30 days, once the settlement is finalized.

1
2   DATED:  May 2, 2019             **MCGUIREWOODS LLP**
3                                   By:  /s/*E. Christine Hehir*
4                                        E. Christine Hehir
5                                   Attorneys for Defendant
6                                   BANK OF AMERICA, N.A.
7
8   DATED:  May 2, 2019
                                    By:  */s/ Susan Nassar*
9                                        Susan Nassar
10
                                    Plaintiff, *pro se*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

*/s/ E. Christine Hehir*
E. CHRISTINE HEHIR

# CERTIFICATE OF SERVICE

I certify that on May 2, 2019, the foregoing **JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** was filed electronically in the Court's Electronic Case Filing system ("ECF"); thereby upon completion the ECF system automatically generated a Notice of Electronic Filing ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

In addition, on May 2, 2019, a copy of the above-described document was served on the following party without a registered ECF email addresses *via* postage-paid First Class U.S. Mail by placing a true and correct copy thereof into a sealed envelope addressed as follows:

*Plaintiff, pro se:*

Susan Nassar
11090 Seven Pines Drive
Alta Loma, CA 91737

                                            */s/ E. Christine Hehir*
                                            E. Christine Hehir