Susan Nassar
11090 Seven Pines Drive
Alta Loma, CA 91737
626-221-8307

Plaintiff in Pro Per

**MCGUIREWOODS LLP**
E. CHRISTINE HEHIR (SBN 201969)
chehir@mcguirewoods.com
1800 Century Park East, Eighth Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NASSAR,<br><br>   Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA, N.A.,<br><br>   Defendants | CASE NO.: 5:19-CV-00376-SVW-SP<br><br>Judge Stephen V. Wilson (Magistrate Judge Sheri Pym)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Complaint Filed:   February 27, 2019 |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff SUSAN NASSAR ("Plaintiff") and Defendant BANK OF AMERICA, N.A. ("Defendant") hereby stipulate that this action shall be dismissed with

1 | prejudice as to all claims, causes of action, and parties.  Each party is to bear its own
2 | attorney's fees and costs.
3 | DATED: June 3, 2019

By:    */s/ Susan Nassar*
      Susan Nassar
    Plaintiff in pro per

DATED: June 3, 2019     MCGUIREWOODS LLP

By:    */s/ E. Christine Hehir*
     E. Christine Hehir
Attorneys for Defendant BANK OF AMERICA, N.A.

**ATTESTATION**

I, E. Christine Hehir, counsel for Defendant, herby attest, pursuant to C.D. Local Rule 5-4.3.4(a)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ *E. Christine Hehir*
_____
E. CHRISTINE HEHIR

# CERTIFICATE OF SERVICE

I certify that on June 3, 2019, the foregoing STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE was filed electronically in the Court's Electronic Case Filing system ("ECF"); thereby upon completion the ECF system automatically generated a Notice of Electronic Filing ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

In addition, on June 3, 2019, a copy of the above-described document was served on the following party without a registered ECF email addresses *via* postage-paid First Class U.S. Mail by placing a true and correct copy thereof into a sealed envelope addressed as follows:

*Plaintiff, pro se:*

Susan Nassar
11090 Seven Pines Drive
Alta Loma, CA 91737

/s/ E. Christine Hehir
E. Christine Hehir