# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NASSAR,<br><br>          Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>          Defendants | CASE NO.: 5:19-CV-00376-SVW-SP<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## ORDER

Having reviewed and considered the Stipulation of Dismissal of Entire Action With Prejudice, IT IS HEREBY ORDERED that the above-captioned action shall be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties each bearing their own respective costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

DATED: June 4, 2019           _/s/ Stephen V. Wilson_
                                                      UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that on June 3, 2019, the foregoing **PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** was filed electronically in the Court's Electronic Case Filing system ("ECF"); thereby upon completion the ECF system automatically generated a Notice of Electronic Filing ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

In addition, on June 3, 2019, a copy of the above-described document was served on the following party without a registered ECF email addresses *via* postage-paid First Class U.S. Mail by placing a true and correct copy thereof into a sealed envelope addressed as follows:

*Plaintiff, pro se:*
Susan Nassar
11090 Seven Pines Drive
Alta Loma, CA 91737

                                         */s/ E. Christine Hehir*
                                         E. Christine Hehir